UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AVERY DENNISON CORPORATION ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:08-cv-00795 |
| ) | |
| v. ) | |
| ) | JUDGE O'MALLEY |
| ALIEN TECHNOLOGY CORP. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AVERY'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF
IN OPPOSITION TO ALIEN'S MOTION TO DISQUALIFY ROGER STEWART**

Avery Dennison Corporation ("Avery") respectfully moves the Court for leave to file a short (less than 2 pages) supplemental response brief in opposition to Alien Technology Corp.'s ("Alien") motion to disqualify Roger Stewart as an Avery expert. The supplemental brief is attached to this motion as <u>Exhibit A</u>. As more fully described in Avery's supplemental brief, the requested leave is necessary to address new subject matter raised by Alien's reply brief filed on November 3, 2008 [Docket No. 45].

Dated: November 7, 2008                Respectfully submitted,

                                       s/ Joshua M. Ryland
                                       Jay R. Campbell, Reg. No. 0041293
                                       Todd R. Tucker, Reg. No. 0065617
                                       Kyle B. Fleming, Reg. No. 0064644
                                       Joshua M. Ryland, Reg. No. 0071758
                                       Mark C. Johnson, Reg. No. 0072625
                                       RENNER, OTTO, BOISSELLE & SKLAR, LLP
                                       1621 Euclid Avenue

1

Nineteenth Floor
Cleveland, Ohio 44115
Telephone: (216) 621-1113
Facsimile: (216) 621-6165

*Attorneys for Avery Dennison Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2008 a true copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Joshua M. Ryland
*An Attorney for Avery Dennison Corporation*
