IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AVERY DENNISON CORPORATION | ) | Civil Action No. 1:08-cv-00795 |
| | ) | |
| Plaintiff, | ) | JUDGE O'MALLEY |
| | ) | |
| v. | ) | |
| | ) | |
| ALIEN TECHNOLOGY CORP. | ) | |
| | ) | |
| Defendant. | ) | |

**AVERY DENNISON CORPORATION'S
PRELIMINARY INJUNCTION HEARING WITNESS LIST**

Avery Dennison Corporation ("Avery") currently expects to call the following witnesses during the Court's Preliminary Injunction Hearing beginning on December 15, 2008:

Alan Green
David Edwards
Robert Cornick
Glenn Gengel (by video)
Roger Stewart (by video)
Thomas Pounds (by video)
Stan Drobac (by video)
Jay Tu (by video)
Patrick Ervin (by video)
Thomas Credelle (by video)
Will Joseph (by video)
Dr. Ken Gilleo (by video)
Dr. Alan Gotcher
Dr. Matthew Henry

Avery reserves its right to call individuals not included in this list should it become necessary to rebut testimony presented by Alien Technology Corporation's case in chief.

1

2

| | |
|---|---|
| Dated: December 10, 2008 | s/ Joshua M. Ryland |
| | Jay R. Campbell, Reg. No. 0041293 |
| | Todd R. Tucker, Reg. No. 0065617 |
| | Kyle B. Fleming, Reg. No. 0064644 |
| | Joshua M. Ryland, Reg. No. 0071758 |
| | Mark C. Johnson, Reg. No. 0072625 |
| | RENNER, OTTO, BOISSELLE & SKLAR, LLP |
| | 1621 Euclid Avenue |
| | Nineteenth Floor |
| | Cleveland, Ohio 44115 |
| | Telephone: (216) 621-1113 |
| | Facsimile: (216) 621-6165 |

*Attorneys for Avery Dennison Corporation*

2

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 10, 2008, the foregoing AVERY DENNISON CORPORATION'S PRELIMINARY INJUNCTION HEARING WITNESS LIST was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                         s/ Joshua M. Ryland
                                         *Attorneys for Avery Dennison Corporation*