## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

### MINUTES OF PROCEEDINGS
### CIVIL HEARING

Avery Dennison, Corp.
                Plaintiff(s),

            v.

Alien Technology Corp.,

                Defendant(s).

DATE: February 4, 2009

CASE NO.: 1:08CV795

COURT REPORTER:

JUDGE KATHLEEN M. O'MALLEY

( ) Jury impanelment.   ( ) Opening statements of counsel.

( ) Plaintiff's case ( ) begun ( ) continued & ( ) not concluded ( ) concluded.

( ) Defendant's case ( ) begun ( ) continued & ( ) not concluded ( ) concluded.

( ) Testimony taken. (See Witness List.)

( ) Rebuttal of plaintiff.   ( ) Surrebuttal of defendant.

(✓) Final arguments.   ( ) Charge to Jury.

( ) Jury deliberations ( ) begun ( ) continued & ( ) not concluded ( ) concluded.

Adjourned until _____ at _____.

Both parties presented closing argument on the Plaintiff's motion for preliminary injunction (Doc. 16) and the Court took the matter under advisement.

(✓) Exhibits located in CHAMBERS
( ) Exhibits returned to counsel.

NATHANIEL J. MCDONALD
~~Courtroom Deputy~~ Clerk
LAW

TIME: 1 hr. 20 min.